IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RODERICK ROY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     -vs- | )   NO. 10-90-SCW |
| | ) |
| **ARNOLD WILLIAMS, and CITY OF EAST ST. LOUIS, IL** | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **CITY OF EAST ST. LOUIS, ILLINOIS** was granted judgment as a matter of law by Magistrate Judge Stephen C. Williams on November 27, 2012.

This remaining case came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant **ARNOLD WILLIAMS** and against Plaintiff **RODERICK ROY**.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **CITY OF EAST ST. LOUIS, ILLINOIS** and **ARNOLD WILLIAMS** and against Plaintiff **RODERICK ROY**

Plaintiff shall take nothing from this action.

**DATED**: November 29, 2012

                                          **NANCY J. ROSENSTENGEL, CLERK**

                                          **BY: S/Angela Vehlewald**
                                                    **Deputy Clerk**

**Approved by**   **s/Stephen C. Williams**
               **United States Magistrate Judge**
                   **Stephen C. Williams**